■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD SAID, Appellant. (Appeal No. 2.) [741 NYS2d 466] —Appeal from a judgment of Erie County Court (DiTullio, J.), entered February 3, 1999, convicting defendant upon his plea of guilty of attempted assault in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737). Present—Pigott, Jr., P.J., Pine, Hayes, Kehoe and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD SAID, Appellant. (Appeal No. 3.) [741 NYS2d 466] —Appeal from a judgment of Erie County Court (DiTullio, J.), entered February 3, 1999, convicting defendant upon his plea of guilty of burglary in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737). Present—Pigott, Jr., P.J., Pine, Hayes, Kehoe and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD SAID, Appellant. (Appeal No. 4.) [741 NYS2d 467] —Appeal from a judgment of Erie County Court (DiTullio, J.), entered February 3, 1999, convicting defendant upon his plea of guilty of forgery in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737). Present—Pigott, Jr., P.J., Pine, Hayes, Kehoe and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD SAID, Appellant. (Appeal No. 5.) [741 NYS2d 467] —Appeal from a judgment of Erie County Court (DiTullio, J.), entered February 3, 1999, convicting defendant upon his plea of guilty of petit larceny.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737). Present—Pigott, Jr., P.J., Pine, Hayes, Kehoe and Gorski, JJ.